**E-filed 3/14/08**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RONNIE S. MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH PONDER, et al.,<br><br>Defendants. | Case No. C 07-1848 JF (PR)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO OPPOSE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT PENDING RULING ON MOTION TO REVOKE *IFP* STATUS |

Defendants filed a request for an extension of time to oppose Plaintiff's Motion for Summary Judgment pending the Court's determination of Defendants' Motion to Revoke Plaintiff's *In Forma Pauperis* Status and to Dismiss this Action. The Court has read and considered Defendants' request, and good cause appearing,

IT IS ORDERED that Defendants' request for an extension of time is granted. If Defendants' Motion to Revoke Plaintiff's *In Forma Pauperis* Status and to Dismiss this Action is decided in Plaintiff's favor, then Defendants shall file with the Court and serve on Plaintiff an opposition to Plaintiff's Motion for Summary Judgment no later than thirty (30) days

///

///

///

///

[Proposed] Order Granting Ext. of Time to File Opp. to Pl.'s Mot. Summ. J.  R. Martin v. K. Ponder, et al.
Case No. C 07-1848 JF (PR)

1

from the date of this Court's order on that motion. Plaintiff shall file a reply brief no later than fifteen (15) days after Defendants' opposition is filed.

IT IS SO ORDERED.

Dated: 3/14/08

The Honorable Jeremy Fogel
U.S. District Court Judge

[Proposed] Order Granting Ext. of Time to File Opp. to Pl.'s Mot. Summ. J.

R. Martin v. K. Ponder, et al.
Case No. C 07-1848 JF (PR)

2